UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ANITA CLARK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:14-cv-01586-AC<br><br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(c)(15). On January 17, 2015, the parties filed a stipulation and proposed order to extend plaintiff's deadline to file a motion for summary judgment. ECF No. 14. Although the court is inclined to grant the parties' stipulated extension, the dates given on the stipulation do not match the dates given on the proposed order. Compare id. at 1 (extending plaintiff's deadline to March 2, 2015) with id. at 3 (extending plaintiff's deadline to February 6, 2015). Accordingly, the court denies the parties' stipulation and proposed order without prejudice, as the length of the extension is not clearly stated.

DATED: January 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1