Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  LAURIE ANITA CLARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ANITA CLARK, | Case No.:  2:14-CV-01586 AC |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting | |
| Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Laurie Anita Clark ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to April 20, 2015; and that Defendant shall have until May 20, 2015, to file her opposition. Any reply by plaintiff will be due June 10, 2015.

-1-

1    A second extension of time is needed because Plaintiff's Counsel's Spouse

2    undergoes chemotherapy treatment for her Stage IV breast cancer which

3    metastasized initially to her liver and continues to progress there and in her lungs,

4    throat, and spine which required recent hospitalization to treat.  Counsel requires the

5    additional time to file the memorandum in support of complaint to allow him to

6    devote the appropriate time to assist his Spouse and his two elementary school aged

7    children through this obviously stressful experience.  Counsel sincerely apologizes

8    to the court for any inconvenience this may have had upon it or its staff. This

9    request is made at the request of Plaintiff's counsel to allow additional time to fully

10   research the issues presented.

11   DATE: March 6, 2015              Respectfully submitted,

12                                   LAW OFFICES OF LAWRENCE D. ROHLFING

13                                    /s/ *Steven G. Rosales*

14                                   BY: _____
                                     Steven G. Rosales

15                                   Attorney for plaintiff LAURIE ANITA CLARK

16   DATED:  March 6, 2015           BENJAMIN WAGNER

17                                   United States Attorney

18

19                                   */S/- Heather M. Moss

20

21                                   _____

22                                   Heather M. Moss
                                     Special Assistant United States Attorney

23                                   Attorney for Defendant
                                     [*Via email authorization]

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2   and including April 20, 2015, in which to file Plaintiff's Opening Brief; Defendant

3   may have an extension of time to May 20, 2015 to file his opposition, if any is

4   forthcoming.  Any reply by plaintiff will be due June 10, 2015.

5    IT IS SO ORDERED.

6   DATE: March 6, 2015

7

8   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26