1  Brian C. Shapiro
   Attorney at Law: 192789
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   LAURIE ANITA CLARK
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 | LAURIE ANITA CLARK                ) | Case No.: 2:14-cv-01586-AC
   |                                   ) |
13 |         Plaintiff,                ) | STIPULATION TO EXTEND TIME
   | v.                                ) | TO FILE MOTION OF SUMMARY
14 |                                   ) | JUDGMENT
   | CAROLYN W. COLVIN, Acting         ) |
15 | Commissioner of Social Security.  ) | (SECOND REQUEST)
   |                                   ) |
16 |         Defendant.                ) |
   |                                   ) |
17 |_____) |

18
        Plaintiff Laurie Anita Clark and Defendant Carolyn W. Colvin, Acting
19
   Commissioner of Social Security, through their undersigned attorneys, stipulate,
20
   subject to this court's approval, to extend the time by 9 days from April 20, 2014
21
   to April 29, 2015 for Plaintiff to file a Motion of Summary Judgment , with all
22
   other dates in the Court's Order Concerning Review Of Social Security Cases
23
   extended accordingly.
24
   ///
25

26

                                        -1-

This request is made at the request of Plaintiff's counsel due to personal matters the case has been reassigned.

DATE: April 23, 2015                Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY: _____
Brian C. Shapiro
Attorney for plaintiff Ms. Laurie Anita Clark

DATE:  April 23, 2015

Benjamin Wagner
United States Attorney

/s/ *Heather M. Moss*

BY: _____
Heather M. Moss
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

DATED:  4/27/2015

IT IS SO ORDERD *nunc pro tunc*.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE