1
2
3
4
5
6
7
8
      **UNITED STATES DISTRICT COURT**

9
      **EASTERN DISTRICT OF CALIFORNIA**

10
11
LAURIE ANITA CLARK,        )  Case No.: 2:14-cv-01586-AC
                          )

12
      Plaintiff,        )  ORDER AWARDING EQUAL ACCESS TO
                          )  JUSTICE ACT ATTORNEY FEES

13
    vs.             )  PURSUANT TO 28 U.S.C. § 2412(d)

14
CAROLYN W. COLVIN, Acting     )
Commissioner of Social Security,    )

15
                          )
      Defendant       )

16
_____)

17
    Based upon the parties' Stipulation for the Award and Payment of Equal Access to

18
Justice Act Fees, ECF No. 25, THE COURT HEREBY ORDERS that fees in the amount of

19
$3,950 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

20
DATED:  November 20, 2015

21
                                        _____

22
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

23
24
25
26